**Order entered August 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00676-CR

### EX PARTE JOHN RIVELLO

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX19-00076-L**

## ORDER

Before the Court is the State's August 12, 2019 first motion for extension of the time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before August 21, 2019.

/s/     CORY L. CARLYLE
JUSTICE